IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LILLIAN MIANO,
    *Plaintiff,*

~ v. ~

Civil No. 09-CV 0667

PAPA JOHN'S USA, INC.,
    *Defendant.*

**FILED** UNITED STATES DISTRICT COURT JUL 0 2 2009

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Papa John's USA, Inc., pursuant to Federal Rule of Civil Procedure 7.1, hereby states the following:

1. Papa John's USA, Inc. is a for-profit corporation owned entirely by Papa John's International, Inc.

2. Papa John's International, Inc. is a publicly held corporation, and it owns 10% or more of the stock of defendant Papa John's USA, Inc.

Date: July 1, 2009

        Respectfully submitted by,

        PAPA JOHN'S USA, INC.

    By: _____
        Lee Thomason, Counsel
        2002 Papa John's Boulevard
        Louisville, KY 40299
        (502) 261-4773

I hereby certify that a copy of the
foregoing pleading was served on this
1st day of July, 2009 by first class mail
to counsel for Plaintiff, addressed
as follows:

    Randolph B. Felker, Esq.
    Felker, Ish, Ritchie & Geer, P.A.
    911 Old Pecos Trail
    Santa Fe, New Mexico 87505

_____
Counsel for Defendant
Papa John's USA, Inc.